**Lamar O. STREET, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42139.**

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

Lamar O. Street, Moberly, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Special Judge.

## ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).